IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO EVANS,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>        Defendant.<br>_____ | Nos. C 05-0030 MMC<br><br>**ORDER OF DISMISSAL; DENYING APPOINTMENT OF COUNSEL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**(Docket Nos. 2, 4 & 5)** |

      Alonzo Evans, a California parolee, filed this pro se civil rights actions, pursuant to 42 U.S.C. § 1983, against the State of California on January 3, 2005. The allegations in the instant complaint are duplicative of the allegations in a complaint filed by plaintiff earlier on the same day. See Evans v. State of California, No. C 05-0028 MMC (PR). A complaint that merely repeats pending or previously litigated claims may be dismissed sua sponte. . See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988). Moreover, the claims in plaintiff's earlier case have been dismissed for failing to state a cognizable claim for relief. For the reasons set forth in the order dismissing the earlier case, the claims in the instant action likewise are not cognizable.

      Accordingly, the above-titled action is hereby DISMISSED. The application to proceed in forma pauperis is GRANTED, and the request for appointment of counsel is DENIED. The Clerk shall close the file and terminate Docket Nos. 2, 4 and 5.

      IT IS SO ORDERED.

DATED: May 17, 2005

                                      /s/ Maxine M. Chesney
                                      MAXINE M. CHESNEY
                                      United States District Judge